# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KATHY E. CRAWFORD, | : | |
| Plaintiff, | : | Case No. 3:10cv00030 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| MIAMI COUNTY COMM'RS, *et al.*, | : | |
| | : | |
| Defendants. | | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #5), to whom this matter originally was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

IT THEREFORE IS **ORDERED** THAT**:**

1. The Report and Recommendations filed on March 15, 2010 (Doc. #5) is ADOPTED in full;

2. Plaintiff's Complaint (Doc. #1) is DISMISSED with

prejudice as to the claims set forth against Defendants Miami County Municipal Court, Troy Police Department, Miami County Children's Services, Miami County Commissioners, and Troy Transit Transportation Department/Troy Transit Ride;

3. Plaintiff is ORDERED to SHOW CAUSE, by April 20, 2010, why her remaining claim against the Troy Sheriff Department should not be DISMISSED for failure to identify the name of the medication allegedly denied and the date of such denial; and

4. The Court CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that for the reasons set forth in the Report and Recommendations, an appeal of this Order would not be taken in good faith, and consequently, leave for Plaintiff to appeal *in forma pauperis* is DENIED.

April 2, 2010                              *s/THOMAS M. ROSE*

                                           _____
                                           Thomas M. Rose
                                           United States District Judge