# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KATHY E. CRAWFORD, | : | |
| Plaintiff, | : | Case No. 3:10cv00030 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| MIAMI COUNTY<br>COMMISSIONERS, et al., | : | **DECISION AND ENTRY** |
| Defendants. | : | |
| | : | |

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #8), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on December 15, 2010 (Doc. #8) is ADOPTED in full;

2. Plaintiff's remaining claim is DISMISSED; and

3. The case is terminated on the docket of this Court.

January 4, 2011 *s/THOMAS M. ROSE*

                                                        Thomas M. Rose
                                        United States District Judge